IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORWICH PHARMACEUTICALS, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>DOROTHY FINK, in her official capacity as Acting Secretary of Health and Human Services,<br><br>ACTING COMMISSIONER OF FOOD AND DRUGS,[1] in his or her official capacity as Acting Commissioner of Food and Drugs,<br><br>and<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION,<br><br>*Defendants*. | Civil Action No. 1:25-cv-91 |

**JOINT STIPULATED [PROPOSED] SCHEDULING ORDER**

To facilitate an efficient disposition of this matter and conserve judicial and party resources, the parties, by and through their undersigned counsel, jointly submit this Joint Stipulated [Proposed] Scheduling Order for the Court's consideration:

1. In order to conserve judicial and party resources, the consideration of Plaintiff's Motion for a Preliminary Injunction (D.I. 6-2) ("the PI Motion") should be consolidated with a full consideration of the merits under Rule 65(a)(2) of the Federal Rules of Civil Procedure.

---

[1] Per Fed. R. Civ. P. 25(d), where a public officer is a named party in their official capacity, their successor is automatically substituted as the named party. As of the time of filing, a successor to former Commissioner Robert M. Califf has not been named.

2. Treating the PI Motion as a motion for summary judgment will be the most efficient mechanism to resolve this litigation, and Plaintiff requests that the PI Motion be treated as such.

3. The deadline for Defendants to answer or otherwise respond to the Complaint should be suspended pending the Court's resolution of the summary judgment motion.

4. The parties have agreed to the following proposed schedule:

| Event | Proposed Date |
|---|---|
| Deadline for Defendants to file Certified Index of Administrative Record ("AR") and serve the AR on counsel for Norwich | January 31, 2025 |
| Deadline for Plaintiff to file an Amended Complaint, as necessary in view of the AR. | February 7, 2025 |
| Deadline for Plaintiff file any Supplement to its PI Motion/Motion for Summary Judgment, as necessary in view of the AR. | February 7, 2025 |
| Defendants' Combined Opposition to Norwich's PI Motion, including any Supplement (now consolidated with the merits and treated as a Summary Judgment Motion) and Cross-Motion to Dismiss or, in the Alternative, for Summary Judgment | February 28, 2025 |
| Norwich's Combined Reply in Further Support of the PI Motion (now consolidated with the merits and treated as a Summary Judgment Motion) and Opposition to Defendants' Cross-Motion | March 7, 2025 |
| Defendants to serve on counsel for Norwich designations of any additional record materials that will be cited in their Reply In Further Support of Cross-Motion | March 24, 2025 |
| Defendants' Reply In Further Support of Cross-Motion | March 26, 2025 |
| Deadline for Plaintiff to file Joint Appendix of Administrative Record | March 28, 2025 |
| Oral Argument | [March / April] __, 2025 |

5. The parties agree that in the event that Plaintiff files any Supplement to its PI Motion/Motion for Summary Judgment after January 31, 2025, and prior to February 7, 2025, Defendants will file their Opposition within 21 days thereafter, and all other subsequent dates proposed above will be accelerated accordingly.

2

6.  The parties therefore respectfully request the Court enter an order:

    a.  Treating the PI Motion as a motion for summary judgment and consolidating it with the merits;

    b.  Directing the parties to file and serve briefs and other papers according to the proposed schedule set out above; and

    c.  Suspending Defendants' deadline to answer or otherwise respond to the Complaint pending the Court's resolution of the parties' cross-motions.

**SO ORDERED**:

Date: _____        _____

                                                  Hon.
                                                  United States District Judge

Dated: January 21, 2025                    Respectfully submitted,

                                                    /s/*Matthew S. Murphy*_____
                                                    Matthew S. Murphy (DDC Bar No. CT0025)
                                                    AXINN, VELTROP & HARKRIDER LLP
                                                    90 State House Square
                                                    Hartford, CT 06103
                                                    T: (860) 275-8100
                                                    F: (860) 275-8101
                                                    mmurphy@axinn.com

                                                    *Attorney for Plaintiff Norwich*
                                                    *Pharmaceuticals, Inc.*

                                                    /s/ *Gabriel I. Schonfeld*_____
                                                    Gabriel I. Schonfeld (DC Bar No. 15539)
                                                    Trial Attorney
                                                    Consumer Protection Branch
                                                    Civil Division
                                                    U.S. DEPARTMENT OF JUSTICE
                                                    PO Box 386
                                                    Washington, DC 20044-0386

(202) 353-1531
(202) 514-8742 (fax)
Gabriel.I.Schonfeld@usdoj.gov

*Attorney for Defendants Dorothy Fink,*
*Acting Commissioner of Food and Drugs, and*
*U.S. Food and Drug Administration*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that, on January 21, 2025, a copy of the foregoing **JOINT STIPULATED [PROPOSED] SCHEDULING ORDER**, filed through the Court's CM/ECF system, was caused to be served upon the following individuals by electronic mail:

Gabriel I. Schonfeld (DC Bar No. 15539)
Trial Attorney
Consumer Protection Branch
Civil Division
U.S. DEPARTMENT OF JUSTICE
PO Box 386
Washington, DC 20044-0386
(202) 353-1531
(202) 514-8742 (fax)
Gabriel.I.Schonfeld@usdoj.gov

/s/*Matthew S. Murphy*
Matthew S. Murphy (DDC Bar No. CT0025)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
T: (860) 275-8100
F: (860) 275-8101
mmurphy@axinn.com

*Attorney for Plaintiff Norwich Pharmaceuticals, Inc.*