UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORWICH PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT F. KENNEDY JR., *in his official capacity as Secretary of Health and Human Services*, *et al.*, <br><br> Defendants, <br><br> TEVA PHARMACEUTICALS USA, INC. <br><br> Intervenor-Defendant, <br><br> SALIX PHARMACEUTICALS, INC. <br><br> Intervenor-Defendant. | Civil Action No. 25-091 (BAH) <br><br> Judge Beryl A. Howell |

## ORDER

Upon consideration of plaintiff Norwich Pharmaceuticals, Inc.'s Motion for a Preliminary Injunction Treated as a Motion for Summary Judgment ("Motion for Summary Judgment"), ECF No. 22; plaintiff Norwich Pharmaceuticals, Inc.'s Motion for Oral Argument or, in the alternative, Leave to Fille a Sur-Reply, ECF No. 80; defendants Robert F. Kennedy Jr.'s, Sarah Berner's, and the U.S. Food and Drug Administration' U.S. Department of Justice's Cross-Motion for Summary Judgment, ECF No. 50 (collectively "government defendants"), intervenor-defendant Teva Pharmaceuticals USA, Inc's Cross-Motion for Summary Judgment, ECF No. 55, intervenor-defendant Salix Pharmaceuticals, Inc.'s Cross-Motion for Summary Judgment, ECF No. 66 (collectively "intervenor-defendants"); the memoranda, declarations, and exhibits submitted in support and opposition; and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that government defendants' Cross-Motions for Summary Judgment, ECF No. 55, and intervenor-defendants' Cross-Motions for Summary Judgement, ECF Nos. 55 and 66, are **GRANTED**; it is further

**ORDERED** that plaintiff's Motion for Summary Judgment, ECF No. 22, is **DENIED**; it is further

**ORDERED** that plaintiff's Motion for Oral Argument or, in the alternative, Leave to File a Sur-Reply, ECF No. 80, is **DENIED**; it is further

**ORDERED** that judgment is entered in favor of government defendants and intervenor-defendants; it is further

**ORDERED** that the parties are directed to submit jointly by 3:00 PM EST on April 18, 2025, any proposed, minimum redactions of confidential business information contained in the Memorandum Opinion, initially filed under seal, supported by analysis applying the factors set out in *United States v. Hubbard*, 650 F.3d 293 (D.C. Cir. 1980); and it is further

**ORDERED** that the Clerk of the Court is directed to close this case.

**SO ORDERED.**

*This is a final and appealable order.*

Date:   April 17, 2025

_____
**BERYL A. HOWELL**
United States District Judge