# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORWICH PHARMACEUTICALS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ROBERT F. KENNEDY JR., in his official capacity as Secretary of Health and Human Services, SARA BRENNER, in her official capacity as Acting Commissioner of Food and Drugs, and UNITED STATES FOOD AND DRUG ADMINISTRATION, <br><br> *Defendants*, <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> *Intervenor-Defendant*, <br><br> SALIX PHARMACEUTICALS, INC., <br><br> *Intervenor-Defendant*. | Civil Action No. 1:25-cv-91 (BAH) |

## NOTICE OF APPEAL

Plaintiff Norwich Pharmaceuticals, Inc. hereby appeals to the United States Court of Appeals for the District of Columbia Circuit this Court's judgment entered on April 17, 2025 (ECF No. 83) and its order and memorandum opinion dated April 17, 2025 (ECF Nos. 81-82, respectively) denying Plaintiff's motion for summary judgment and granting Defendants' cross-motions for summary judgment and Intervenor-Defendants' cross-motions for summary judgment.

| | |
|---|---|
| Dated:   April 18, 2025 | Respectfully submitted,<br><br> /s/ *Matthew S. Murphy*<br>Matthew S. Murphy (DDC Bar No. CT0025)<br>AXINN, VELTROP 7 HARKRIDER LLP<br>90 State House Square<br>Hartford, CT 06103<br>Phone: (860) 275-8100<br>Fax: (860) 275-8101<br>mmurphy@axinn.com<br><br>William B. Schultz (D.C. Bar No. 218990)<br>Margaret M. Dotzel (D.C. Bar No. 425431)<br>ZUCKERMAN SPAEDER LLP<br>1800 M Street NW, Suite 1000<br>Washington, DC 20036<br>Tel: (202) 778-1800<br>Fax: (202) 822-8106<br>wschultz@zuckerman.com<br>mdotzel@zuckerman.com<br><br>*Attorneys for Plaintiff Norwich Pharmaceuticals, Inc.* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 18th day of April, 2025, the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/Matthew S. Murphy*
Matthew S. Murphy
