IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORWICH PHARMACEUTICALS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>ROBERT F. KENNEDY JR., *et al*.,<br><br>*Defendants*,<br><br>and<br><br>TEVA PHARMACEUTICALS USA, INC. and SALIX PHARMACEUTICALS, INC.<br><br>*Intervenor-Defendants.* | Case No. 1:25-cv-00091 |

## MOTION FOR LEAVE TO FILE CROSS-COMPLAINT

Pursuant to Federal Rules of Civil Procedure 7 and 13 and Local Civil Rule 7, intervenor-defendant Salix Pharmaceuticals, Inc. ("Salix") asks this Court for leave to file a cross-complaint against Defendants Robert F. Kennedy, Jr., in his official capacity as Secretary of Health and Human Services, Dr. Marty Makary, in his official capacity as the Commissioner of Food and Drugs, and the United States Food and Drug Administration (collectively "FDA"). A copy of the cross-complaint is attached to this Motion as **Exhibit A**.

For the reasons outlined below, there is good cause to allow Salix to file its cross-complaint:

1. Salix's cross-complaint raises three counts against Defendant FDA:

    a. FDA violated the Federal Food, Drug, and Cosmetic Act ("FDCA") by failing to

recognize that Norwich's Paragraph III certification blocks approval of its Abbreviated New Drug Application No. 214370 ("'370 ANDA") until July 2029;

    b. Alternatively, FDA violated the FDCA by failing to apply a 30-month stay after Norwich's addition of a Paragraph IV certification; and

    c. FDA's change in its 30-month stay policy was arbitrary and failed to sufficiently consider reliance interests, in violation of the APA.

2. Norwich is now seeking relief from the D.C. Circuit that would effectively foreclose FDA's ability to address those critical issues that determine when Norwich's ANDA can be approved. For the first time on January 2, 2026, Norwich asked the D.C. Circuit to "reverse with direction for the district court to grant Norwich summary judgment, issue the mandate forthwith, and order FDA to act on Norwich's '370 ANDA within 14 days of issuance of the mandate," Norwich Supp. Br. at 22 (Dkt No. 2152642); *see also* Norwich Supp. Reply Br. at 11 (Dkt No. 2156703).

3. Norwich's proposed directive and timing would prevent FDA from adequately reconciling its positions and determining whether immediate approval of Norwich's ANDA is blocked by a 30-month stay, Norwich's Paragraph III certification, or both.[1]

4. No other parties will be prejudiced by the filing of this cross-complaint. Salix is filing this claim to ensure that its rights are protected in light of Norwich's recent request for the D.C. Circuit to require FDA to issue immediate approval of its ANDA on an expedited timeline.

5. Salix conferred with counsel for FDA, Norwich, and intervenor-defendant Teva Pharmaceuticals ("Teva") regarding their position on this motion. Teva consented, FDA

---

[1] Salix raised these issues in its Supplement Brief filed on January 23, 2026 (Dkt No. 2152642) and Norwich did not address them, relegating them to a one-sentence footnote in its Reply Brief filed on January 30, 2026 (Dkt No. 2156703, n. 4.)

indicated that it does not have a position at this time, but reserves the right to oppose, and Norwich indicated that it opposes.

Salix therefore respectfully requests that the Court grant its motion and permit it to file the attached cross-complaint.

Dated: February 6, 2026

Respectfully submitted,

<u>/s/ Douglas A. Hastings</u>
Douglas A. Hastings
Bryan M. Killian
Brendan J. Anderson
MORGAN, LEWIS &BOCKIUS LLP
1111 Pennsylvania Ave., NW
Washington, D.C. 20004
T: 202-739-3000
bryan.killian@morganlewis.com

Michael J. Abernathy
Wan-Shon Lo
MORGAN, LEWIS &BOCKIUS LLP
110 North Wacker Dr.
Chicago, Ill. 60606
T: 312-324-1000

*Attorneys for Salix Pharmaceuticals, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 6, 2026, I filed the foregoing with the Court's CM/ECF system, which will effectuate service on all counsel in this case.

/s/ Douglas A. Hastings
Douglas A. Hastings
