IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORWICH PHARMACEUTICALS, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>ROBERT F. KENNEDY JR., *et al.*,<br><br>*Defendants*.<br><br>and<br><br>TEVA PHARMACEUTICALS USA, INC. and SALIX PHARMACEUTICALS, INC.<br><br>*Intervenor-Defendants* | Civil Action No. 1:25-cv-00091 |

**[PROPOSED] ORDER**

Upon consideration of Intervenor Salix Pharmaceuticals, Inc.'s Motion for Leave to File Cross Complaint, for the reasons set forth in the Motion and for good cause shown, the Motion is **GRANTED**. The Clerk of Court is **DIRECTED** to file Exhibit A to Salix's motion on the public docket.

**SO ORDERED.**

DATE: _____

_____
**Beryl A. Howell**
United States District Judge

## **LOCAL CIVIL RULE 7(k) – PERSONS TO BE SERVED**

UNITED STATES FOOD AND DRUG ADMINISTRATION, ROBERT F. KENNEDY JR., in his official capacity as Secretary of Health and Human Services, SARA BRENNER, in her official capacity as Acting Commissioner of Food and Drugs:

> Gabriel Schonfeld
> U.S. DEPARTMENT OF JUSTICE
> Consumer Protection Branch
> 450 5th Street NW
> Washington, DC 20530
> (202) 531-1531
> gabriel.i.schonfeld@usdoj.gov

NORWICH PHARMACEUTICALS, INC.

> Matthew S. Murphy
> AXINN, VELTROP & HARKRIDER LLP
> 90 State House Square
> Hartford, CT 06103
> (860) 275-8100
> mmurphy@axinn.com

> William B. Schultz
> Margaret M. Dotzel
> ZUCKERMAN SPAEDER LLP
> 1800 M Street NW, Suite 1000
> Washington, DC 20036
> (202) 778-1800
> wschultz@zuckerman.com
> mdotzel@zuckerman.com

TEVA PHARMACEUTICALS USA, INC.

> Brian Burgess
> GOODWIN PROCTER LLP
> 1900 N Street, N.W.
> Washington, D.C. 20036
> (202) 346-4000
> bburgess@goodwinlaw.com

> Sierra J. Perez-Sparks
> GOODWIN PROCTER LLP
> 100 Northern Avenue
> Boston, MA  02210
> (617) 570-1000
> sperezsparks@goodwinlaw.com